**Hasan FERO; Zumrut Fero, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 11–71218.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 8, 2013.

Filed May 17, 2013.

Alexander Ying–Chi Chan, Esquire, Law Office of Alexander Chan, Bellevue, WA, for Petitioners.

---

Matthew B. George, Rebekah Nahas, Oil, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: W. FLETCHER, RAWLINSON, and EBEL,* Circuit Judges.

## MEMORANDUM **

Petitioners Hasan and Zumrut Fero challenge the BIA's denial of withholding of removal and CAT relief.

**1.** The Feros did not challenge the BIA's denial of their CAT claims in their opening brief and therefore their challenge is waived. *See Castro–Martinez v. Holder,* 674 F.3d 1073, 1082–83 (9th Cir.2011) (petitioner waived challenge to denial of CAT relief by not raising it in his opening brief).

**2.** The Feros did not exhaust the argument that their family constituted a social group and therefore this court lacks jurisdiction to review it. *See Lee v. Holder,* 599 F.3d 973, 976 (9th Cir.2010) (citing 8 U.S.C. § 1252(d)(1)).

**3.** Substantial evidence supports the BIA's finding that the Feros were not persecuted on account of their membership in a social group. The Feros' purported social group—business owners who are indebted to the Turkish mafia—lacks both the social visibility and particularity to render it a social group. Apart from the

fact that such individuals owe money to the mafia, there is no immutable characteristic or voluntary relationship tying them together. *See Ochoa v. Gonzales,* 406 F.3d 1166, 1170–71 (9th Cir.2005) (holding that Colombian business owners who rejected demands by drug-traffickers to engage in illicit activity were not a social group because they were not bound by a voluntary relationship or innate characteristic).

**PETITION DENIED.**

---

\* The Honorable David M. Ebel, Senior Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.